```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MURIEL MARTIN, | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN EXPORT ISBRANDTSEN, | : | |
| et al., | : | |
| | : | E.D. Pa. Civil Action No. |
| Defendants. | : | 2:11-cv-33621-ER |

## O R D E R

**AND NOW**, this **29th** day of **October, 2015**, upon consideration of the Motion for Summary Judgment (Judicial Estoppel) of the Thompson Hine Shipowner Defendants[1] (ECF No. 52), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is:

(1) **DENIED** as to the arguments related to judicial estoppel; and

(2) **DENIED** as to the arguments related to the real party in interest/standing.

---

[1] These Defendants are: (1) Central Gulf Lines Steamship, (2) United Fruit Company, (3) American Export Isbrandtsen Lines, Inc., (4) American Export Lines, Inc., (5) Farrell Lines Incorporated, (6) Keystone Shipping Co., (7) Marine Transport Lines, Inc., and (8) Waterman Steamship Corporation. (ECF No. 52-1.)

It is **FURTHER ORDERED**, in accordance with the accompanying memorandum, that the Clerk of this Court shall (a) make a copy of this order and the accompanying memorandum and have said copy filed on the dockets of Plaintiff's bankruptcy cases in the Bankruptcy Court for the Southern District of Alabama: (1) (No. 99-bk-10470-WSS), and (2) No. 03-bk-13943-MAM; (b) ascertain the identity of the Chapter 13 standing trustees; and (c) have served upon the trustees a copy of said order and memorandum at their last known address.

**AND IT IS SO ORDERED.**

<u>s/ Eduardo Robreno</u>
**EDUARDO C. ROBRENO,   J.**